COMPUCREDIT HOLDINGS
CORPORATION, Plaintiff–
Appellant,

v.

AKANTHOS CAPITAL MANAGE-
MENT, LLC, Aria Opportunity Fund
Ltd., AQR Absolute Return Master
Account, L.P., CC Arbitrage, Ltd.,
CNH CA Master Account, L.P., et al.,
Defendants–Appellees.

No. 11–13254.

United States Court of Appeals,
Eleventh Circuit.

Oct. 19, 2012.

Emmet J. Bondurant, Jason James Carter, Michael A. Caplan, Frank M. Lowrey,

---

IV, John H. Rains, IV, Bondurant, Mixson & Elmore, LLP, Atlanta, GA, Lisa L. Heller, Christopher William Madel, Randall Tietjen, K. Craig Wildfang, Robins, Kaplan, Miller & Ciresi, LLP, Minneapolis, MN, for Plaintiff–Appellant.

Karen B. Bragman, Kevin B. Getzendanner, Heather Smith Michael, Arnall, Golden & Gregory, LLP, Atlanta, GA, Harry N. Niska, Kelly K. Pierce, Jeff I. Ross, Ross & Orenstein, LLC, Minneapolis, MN, for Defendants–Appellees.

Moses Silverman, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, New York City, for Loan Syndications and Trading Ass'n, Managed Funds, Ass'n, and Securities Industry and Financial Markets Ass'n, Amici Curiae.

Alice M. Stoeppelwerth, Wilmer, Cutler, Pickering, Hale & Dorr, LLP, Washington, DC, for The Credit Roundtable, Amicus Curiae.

ON PETITION FOR REHEARING

Before DUBINA, Chief Judge, and TJOFLAT, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR, MARTIN and JORDAN, Circuit Judges.

BY THE COURT:

The decision of the district court is affirmed by an evenly divided court. The opinion of the panel remains vacated. *United States v. Geders,* 585 F.2d 1303, 1306 (5th Cir.1978) (en banc) ("[T]he court en banc is evenly divided; therefore the judgment ... of the district court is affirmed by operation of law.");[1] *see id.* (indicating that, if district court judgment is affirmed by operation of law, the panel opinion remains vacated); *see also Reshard v. Britt,* 839 F.2d 1499 (11th Cir.1988); *United States v. Sigma, Int'l, Inc.,* 300 F.3d 1278, 1280 (11th Cir.2002) (en banc) (noting that when panel opinions are vacated they "are officially gone," and "are void," and none of the statements made in them "has any remaining force and cannot be considered to express the view of this Court.").

AFFIRMED.

1. In *Bonner v. City of Prichard,* 661 F.2d 1206, 1209 (11th Cir.1981) (en banc), we adopted as binding precedent all decisions of the former Fifth Circuit handed down before October 1, 1981.